**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-80253 WHA

IN THE MATTER OF

In the Matter of Heroico M. Aguiluz -
#079580

**ORDER OF SUSPENSION**

_____/

     Because Heroico M. Aguiluz has failed to respond to the order to show cause, Mr.

Aguiluz's membership in the bar of this Court is hereby **SUSPENDED**.

     **IT IS SO ORDERED.**

Dated:   January 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE